**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

Jose A. Valle and
Marlene B. Guevara,                      Case No. 15-44996-pjs
                                                   Chapter 7
Debtors.                                     Honorable Phillip J. Shefferly
_____/

**STIPULATION FOR ORDER ADJOURNING SECTION 341 MEETING**
**AND EXTENDING DEADLINE TO OBJECT TO DISCHARGE**

      As evidenced by this Stipulation, which is executed this 5th day of May, 2015, by and between the Chapter 7 Trustee and the Debtor by and through their counsel, Noreen S. Constantine (collectively referred to as the "Parties"), the Parties agree with the consent to the entry of the Order Adjourning the Section 341 Meeting to June 17, 2015, at 8:30 a.m. and extending the deadline to file objections to discharge to August 16, 2015, the form of which is attached hereto as **Exhibit A** (THE "Order").

Respectfully Submitted:

/s/DouglasEllman                             /s/NoreenSConstantine       
Douglas Ellman                                      Noreen S. Constantine
Chapter 7 Trustee                                Attorney for Debtors
308 W. Huron                                         P.O. Box 871163
Ann Arbor, MI 48103-4204                Canton, MI 48187
(734) 668-4800                                   (734) 981-6888
detrustee@gmail.com                         nconstantine1@gmail.com

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IN RE:

Jose A. Valle and
Marlene B. Guevara,   Case No. 15-44996-pjs
                      Chapter 7
Debtors.              Honorable Phillip J. Shefferly

_____/

**ORDER ADJOURNING SECTION 341 MEETING
AND EXTENDING DEADLINE TO OBJECT TO DISCHARGE**

      This matter having come before this Honorable Court upon the Stipulation filed between the parties; and the Court being otherwise fully advised in the premises;

    **IT IS HEREBY ORDERED** that the First Meeting of Creditors pursuant to 11 U.S.C. § 341 is adjourned to June 17, 2015, at 8:30 a.m.

    **IT IS FURTHER ORDERED** that the deadline for all parties in interest to file a objections to discharge is extended to August 16, 2015.

**EXHIBIT "A"**